ADOLPH COORS COMPANY, Appellant,

v.

BREWERY WORKERS LOCAL UNION NO. 366, an unincorporated association, and International Union of the United Brewery, Flour Cereal, Soft Drink and Distillery Workers of America, an unincorporated association, Appellees.

No. 7894.

United States Court of Appeals
Tenth Circuit.

April 19, 1965.

Charles Matheson, Denver, Colo. (Fairfield & Woods, Denver, Colo., and Potruch & Lerten, Beverly Hills, Cal., on the brief), for appellant.

Philip Hornbein, Jr., Denver, Colo. (Roy O. Goldin, Denver, Colo., on the brief), for appellees.

Before PICKETT and HILL, Circuit Judges, and CHRISTENSEN, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed for the reasons so ably stated in the Memorandum Opinion and Order filed by that Court in the case and reported in 240 F.Supp. 279.

UNITED STATES of America ex rel. John ROMANO, Petitioner-Appellant,

v.

Edward M. FAY, as Warden of Green Haven Prison, Stormville, New York, Respondent-Appellee.

No. 427, Docket 28402.

United States Court of Appeals
Second Circuit.

Argued April 26, 1965.
Decided April 29, 1965.

Robert J. Egan, New York City (Anthony F. Marra, New York City, on the brief), for petitioner-appellant.

Barry Mahoney, Asst. Atty. Gen., New York City (Louis J. Lefkowitz, Atty. Gen. of State of New York, Samuel A. Hirshowitz, First Asst. Atty. Gen., and Michael H. Rauch, Deputy Asst. Atty. Gen., New York City, on the brief), for respondent-appellee.

Before LUMBARD, Chief Judge, and FRIENDLY and HAYS, Circuit Judges.

PER CURIAM:

We affirm the order of the District Court for the Southern District of New York, which dismissed the writ for a petition of habeas corpus, for the reasons stated in Judge Tyler's opinion, reported at 216 F.Supp. 160.

We commend assigned counsel, Robert J. Egan, Esq., for his competent and zealous representation of the appellant.